UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

LEIGH ANN NICOLE
DONALDSON,

    Plaintiff,                         Case No. 3:20-cv-322

vs.

COMMISSIONER OF SOCIAL SECURITY,      District Judge Michael J. Newman

    Defendant.

_____

### ORDER TO SHOW CAUSE
_____

This Social Security disability appeal is before the Court on Plaintiff's complaint filed on August 4, 2020 (doc. 1), and the administrative record filed by the Commissioner on January 19, 2021 (doc. 10).  Pursuant to the Local Rules of Court, Plaintiff was to file a Statement of Errors within 45 days after service of the administrative record.  S.D. Ohio Civ. R. 8.1(c).  Plaintiff's Statement of Errors was due on or before March 5, 2021.  To date, Plaintiff has not filed a Statement of Errors and the time for doing so has expired.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing and on or before **March 15, 2021**, as to why this appeal should not be dismissed for failure to prosecute.  This Show Cause requirement can be satisfied by Plaintiff's filing of a Statement of Errors on or before **March 15, 2021**.  Plaintiff is **ADVISED** that failure to show good cause or to file a Statement of Errors on or before **March 15, 2021** may result in the dismissal of this case for failure to prosecute.

    **IT IS SO ORDERED.**

Date:   March 8, 2021                                 s/Michael J. Newman
                                                                      Hon. Michael J. Newman
                                                                      United States District Judge