UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

LEIGH ANN NICOLE
DONALDSON,

      Plaintiff,                                          Case No. 3:20-cv-322

vs.

COMMISSIONER OF SOCIAL SECURITY,                District Judge Michael J. Newman

      Defendant.

_____

**ORDER MARKING THE COURT'S SHOW CAUSE REQUIREMENT (DOC. NO. 11)
SATISFIED**
_____

This Social Security disability appeal is before the Court on Plaintiff's complaint filed on August 4, 2020 (Doc. No. 1), and the administrative record filed by the Commissioner on January 19, 2021 (Doc. No. 10).  Pursuant to the Local Rules of Court, Plaintiff was to file a Statement of Errors within 45 days after service of the administrative record.  S.D. Ohio Civ. R. 8.1(c).  Plaintiff's Statement of Errors was due on or before March 5, 2021.

Because Plaintiff did not file a Statement of Errors by March 5, 2021, the Court ordered Plaintiff to show cause on or before March 15, 2021 why this appeal should not be dismissed for failure to prosecute.  Doc. No. 11.  Plaintiff complied with the Court's order by filing a Statement of Errors on March 15, 2021.  Doc. No. 12.  Therefore, the Court **MARKS AS SATISFIED** its order to show cause.

      **IT IS SO ORDERED.**


Date:  __March 17, 2021__                    s/Michael J. Newman_____
                                                  Hon. Michael J. Newman
                                                  United States District Judge